IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-60140
_____


MANUEL DE JESUS MENDEZ-RUIZ,

                                        Petitioner,

versus

JOHN ASHCROFT,
ATTORNEY GENERAL,

                                        Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A90-998-418
--------------------
March 7, 2002
Before REAVLEY, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Manuel De Jesus Mendez-Ruiz petitions for review of an order
of the Board of Immigration Appeals (BIA) holding that Mendez-
Ruiz's state conviction for felony driving while intoxicated was
an aggravated felony warranting his removal from this country.
The respondent has moved to dismiss the petition for review and
to remand the case to the BIA for reconsideration in light of
United States v. Chapa-Garza, 243 F.3d 921, 927 (5th Cir. 2001).
Mendez-Ruiz has not replied to the respondent's motion to remand.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Mendez-Ruiz's petition for review is GRANTED.  The order of the BIA is VACATED, and this case is REMANDED to the BIA for disposition consistent with <u>Chapa-Garza</u>, 243 F.3d at 927.  All other outstanding motions are DENIED.